THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONDELL SINGLETARY, Appellant. [627 NYS2d 596] —Judgment

unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.